

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Julie A. Richards
Clerk of Court

August 19, 2013

Julia Paige McEntire
P.O. Box 356
Warsaw, KY 41095

    RE: 7:13-CV-166-BR - McEntire v. The Budd Group, Inc., et al

Dear Ms. McEntire:

The above case was opened on August 9, 2013. You as plaintiff failed to file a financial disclosure statement at the time of case opening. I have enclosed a blank financial disclosure statement. The financial disclosure statement should reflect the information of the signing party and be filled out in accordance to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.3. Please complete and return the financial disclosure statement to the Clerk's Office as soon as possible.

A copy of the order ruling on your motion to proceed in forma pauperis and a courtesy copy of your filed complaint are also enclosed.

Sincerely,

JULIE A. RICHARDS, CLERK OF COURT


By: /s/
    Deputy Clerk