IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JULIA PAIGE MCENTIRE,<br><br>Plaintiff,<br><br>v.<br><br>THE BUDD GROUP, INC. AND SAINT JAMES PLANTATION, LLC,<br><br>Defendants. | Civil Action No. 7:13-CV-00166-BR |

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2014, I electronically filed the following **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following registered users:

None

and I hereby certify that I have mailed the document to the following non CM/ECF participants:

Julia Paige McEntire
P.O. Box 356
Warsaw, KY 41095

Respectfully submitted,

/s/ Corena A. Norris-McCluney
Corena A. Norris-McCluney NCSB #29366
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101-2400
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
Email: cnorris-mccluney@KilpatrickTownsend.com
*Attorney for Defendant The Budd Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JULIA PAIGE MCENTIRE,<br><br>Plaintiff,<br><br>v.<br><br>THE BUDD GROUP, INC. AND<br>SAINT JAMES PLANTATION, LLC,<br><br>Defendants. | Civil Action No. 7:13-CV-00166-BR |

## STIPULATION FOR
## VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that the claims asserted by Plaintiff Julia Paige McEntire against Defendant The Budd Group, Inc., are dismissed pursuant to Federal Rule of Procedure 41(a)(1) with prejudice and with each party to bear its own costs, attorney's fees, and expenses.

This the 27 day of January, 2014.

_Julia P. McEntire_ _Corena A. Norris-McCluney_

Julia Paige McEntire
P.O. Box 356
Warsaw, KY 41095
Telephone: (910) 367-3107
Email address:
   kyrodeogal@yahoo.com
*Plaintiff, Pro se*

KILPATRICK TOWNSEND & STOCKTON LLP
Corena A. Norris-McCluney
NC State Bar #29366
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: 336 607 7355
Facsimile: 336 734 2636
cnorris-mccluney@kilpatricktownsend.com
*Attorney for Defendant The Budd Group, Inc.*

2